247 So.2d 397

**Elizabeth Lucille Bradford FULCO**

v.

**Frank FULCO, Jr.**

**No. 51367.**

May 14, 1971.

In re: Elizabeth Lucille Bradford Fulco applying for certiorari or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 245 So.2d 461.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.